---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

BRUCE C. TRUESDALE, P.C.
147 Union Avenue - Suite 1E
Middlesex, New Jersey 08846
By: Bruce C. Truesdale, Esq. (BC 9028)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

In Re:

JERRY LOBROW
BEATA LOBROW

Case No.: __18-16428__

Judge: __CMG__

Chapter: 13

---

Recommended Local Form:    ☐ Followed    ☐ Modified

---

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, ___Jerry & Beata Lobrow___, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on ___June 6, 2018___.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 4/16/2018                                   /s/ Jerry Lobrow
                                                   Signature of Debtor

DATED: 4/16/2018                                   /s/ Beata Lobrow
                                                   Signature of Joint Debtor

new.5/23/06;jml