**IN THE UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 18-16428 |
| Jerry Lobrow } | |
| Beata Lobrow } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## CERTIFICATION OF SERVICE

U.S Department of Justice           Albert Russo
Office of the United States Trustee    CN 4853
District of New Jersey              Trenton, NJ 08650
One Newark Center                  (Chapter 13 Trustee)
Suite 2100
Newark, New Jersey 07102

                       Jerry & Beata Lobrow} (Debtor[s])
                       4 Paul Place
                       Old Bridge, NJ 08857

Creditors on Attached Service List

1). I am a legal assistant employed by the law firm of Bruce C. Truesdale, PC.

2). On May 14, 2018, I did serve the above named parties and all creditors indicated on the attached service list with a notice of the new hearing date and time for the 341 Meeting of the Creditors

3). I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                       **/s/ Sarah Vanderstreet**
                       *Sarah Vanderstreet, Assistant to Attorney for Debtor*:
                       Bruce C. Truesdale, PC
                       147 Union Avenue
                       Suite 1E
                       Middlesex, NJ 08846-1063
                       1 (732) 302-9600

Date: 5/14/18

# Service List

| | |
|---|---|
| Acura Financial Services<br>PO Box 165378<br>Irving, TX 75016-5378 | Allied Collection Services<br>3080 S. Durango Drive – Suite 208<br>Las Vegas, NV 89117-9186 |
| American Express<br>PO Box 981537<br>El Paso, TX 79996 | Amex Department Stores<br>PO Box 8718<br>Mason, OH 45040 |
| Attorney General of the US<br>Department of Justice<br>Constitution Avenue & 10th St. NW<br>Washington, DC 20530 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2235 |
| Barclays Bank Delaware<br>125 S. West Street<br>Wilmington, DE 19801 | Best Buy/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 |
| Borrowers First Inc.<br>1114 Lost Creek Blvd. – Suite 220<br>Austin, TX 78746 | Capital One Bank USA, NA<br>PO Box 30281<br>Salt Lake City, UT 84130 |
| Carole Ann Gorham<br>13 Guest Drive<br>Morganville, NJ 07751 | Chase Bank<br>PO Box 659754<br>San Antonio, TX 78265 |
| Comenity Bank/Ann Taylor<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Deville Asset Management<br>1132 Glade Road<br>Colleyville, TX 76034 | Diane Kostenko<br>137 Hillside Avenue<br>South River, NJ 08882 |
| Digestive Health & Nutrition Center<br>465 Cranbury Road – Suite 102<br>East Brunswick, NJ 08816 | Discover Financial Service, LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| District Director of the IRS<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 | DSNB/Macys<br>PO Box 8218<br>Monroe, OH 45050 |
| Freehold Ophthalmology, LLC<br>509 Stillwells Corner Road<br>Freehold, NJ 07728 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Kohl's Department Store<br>PO Box 3115<br>Milwaukee, WI 53201 | Laura Dambola<br>76 Greenwood Road<br>Old Bridge, NJ 08857 |

Lending Club Corporation
71 Stevenson
Suite 300
San Francisco, CA 94105

M&T Bank
PO Box 61903
Dallas, TX 75261

Paypal Credit
PO Box 5138
Lutherville Timonium, MD 21094

RGS Financial
1700 Jay Ell Drive – Suite 200
Richardson, TX 75081

Robert Wood Johnson Medical School
PO Box 829650
Philadelphia, PA 19182-9650

Solar City
PO Box 3500
Draper, UT 84020

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036

Unifund CCR LLC
10625 Techwoods Circle
Cincinnati, OH 45242

Waclawa Gierlachowski
21 Radcliffe Street
South River, NJ 08882

LVNV Funding, LLC
c/o Stenger & Stenger, PC
2618 East Paris Avenue SE
Grand Rapids, MI 49546

Office of Chief Counsel
IRS
SB/SE Division Counsel
One Newark Center – Suite 1500
Newark, NJ 07102-5224

Regional Acceptance Corp.
PO Box 830913
Birmingham, AL 35283

Robert Wood Johnson Health Network
PO Box 251
South Amboy, NJ 08879

RWJ EndoSurgical Center
PO Box 95000-5555
Philadelphia, PA 19195

SYNCB/Amazon PLCC
PO Box 965015
Orlando, FL 32896

SYNCB/Lowes
PO Box 96505
Orlando, FL 32896

United States Attorney
(For the IRS)
970 Broad Street – 5th Floor
Newark, NJ 07102