Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jerzy Lobrow | Beata Lobrow |
| aka Jerry Lobrow | 4 Paul Place |
| 4 Paul Place | Old Bridge, NJ 08857 |
| Old Bridge, NJ 08857 | |

Social Security No.:
   xxx−xx−5204                                           xxx−xx−4497

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/31/18 and a confirmation hearing on such Plan has been scheduled for 6/6/18.

The debtor filed a Modified Plan on 8/31/18 and a confirmation hearing on the Modified Plan is scheduled for 10/3/18 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 4, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16428-CMG
Jerzy Lobrow                                                            Chapter 13
Beata Lobrow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Sep 04, 2018
                              Form ID: 186             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
```
db/jdb         +Jerzy Lobrow,    Beata Lobrow,    4 Paul Place,    Old Bridge, NJ 08857-2514
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
517429188      +Abelson & Truesdale, LLC,    Bruce C. Truesdale, Esq,    147 Union Avenue,
                 Middlesex, NJ 08846-1063
517429191      +Allied Collection Svvs,    3080 S Durango Dr,    Suite 208,    Las Vegas, NV 89117-9194
517429192      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517528730       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517429193       Amex Department Stores,    PO Box 8718,    Mason, OH 45040
517429194      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517429195     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2235)
517429196      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517429197      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517528096       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517429200      +Carole Ann Gorham,    13 Guest Drive,    Morganville, NJ 07751-1432
517429201      +Chase Bank,    PO Box 659754,    San Antonio, TX 78265-9754
517429209       DSNB/Macys,    PO Box 8218,    Monroe, OH 45050
517532810      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517429204      +Deville Asset Management,    1132 Glade Road,    Colleyville, TX 76034-4227
517429205      +Diane Kostenko,    137 Hillside Ave,    South River, NJ 08882-2056
517429206      +Digestive Health and Nutrition Center, L,    465 Cranbury Road,    Suite 102,
                 East Brunswick, NJ 08816-7600
517429210      +Freehold Ophthalmolody, LLC,    509 Stillwells Corner Road,    Freehold, NJ 07728-2965
517429213      +Laura Dambola,    76 Greenwood Road,    Old Bridge, NJ 08857-2425
517429214      +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
517429216       M&T Bank,    PO Box 61903,    Dallas, TX 75261
517429217       Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                 One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517429218      +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
517429223      +RWJ EndoSurgical Center,    P.O. Box 95000-5555,    Philadelphia, PA 19195-0001
517429221      +Robert Wood Johnson Health Net,    PO box 251,    South Amboy, NJ 08879-0251
517429222       Robert Wood Johnson Medical School,    PO Box 829650,    Philadelphia, PA 19182-9650
517429224      +Solar City,    PO Box 3500,    Draper, UT 84020-3500
517526735     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
517429228      +Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
517429230      +Waclawa Gierlachowski,    21 Radcliffe Street,    South River, NJ 08882-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517448467       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2018 23:41:48
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517429189       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2018 23:41:48      Acura Financial Services,
                 PO Box 165378,    Irving, TX 75016-5378
517429199      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:46:39
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517429202       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:20      Comenity Bank/AN TLR,
                 PO box 182789,    Columbus, OH 43218-2789
517429203       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:20      Comenity Bank/Express,
                 PO Box 182789,    Columbus, OH 43218-2789
517582002      +E-mail/Text: bncmail@w-legal.com Sep 04 2018 23:41:48      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517429207       E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Financial SVC LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517441219       E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517429208       E-mail/Text: cio.bncmail@irs.gov Sep 04 2018 23:40:58      District Director of the IRS,
                 955 S. Springfield Avenue,    Springfield, NJ 07081
517429212      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2018 23:40:48      Kohls Department Store,
                 PO box 3115,    Milwaukee, WI 53201-3115
517429215      +E-mail/Text: bncnotices@stengerlaw.com Sep 04 2018 23:40:44      LVNV Funding LLC,
                 c/o Stenger & Stenger, PC,    2618 East Paris Ave Se,    Grand Rapids, MI 49546-2454
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Sep 04, 2018
                              Form ID: 186             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517580361       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2018 23:46:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Marketplace Loan Grantor,
                 Trust, Series 2015-CB1,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517573723      +E-mail/Text: bk@lendingclub.com Sep 04 2018 23:42:04       LendingClub Corporation,
                 71 Stevenson Street,    Suite 1000,    San Francisco, CA 94105-2967
517583805       E-mail/Text: camanagement@mtb.com Sep 04 2018 23:41:10       M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517475863      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517545381       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2018 00:09:28
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517543137       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:46:41
                 Portfolio Recovery Associates, LLC,    c/o Mastercard Black,    POB 41067,   Norfolk VA 23541
517543138       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:47:08
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,   Norfolk VA 23541
517564751       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:28
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
517569270       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517565313       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517429220      +E-mail/Text: bk@rgsfinancial.com Sep 04 2018 23:40:41       RGS Financial,    1700 Jay Ell Dr,
                 Suite 200,    Richardson, TX 75081-6788
517429219      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 04 2018 23:46:14       Regional Acceptance Corp,
                 PO Box 830913,    Birmingham, AL 35283-0913
517447192       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 04 2018 23:46:14       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
517429225      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:01       Syncb/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
517429226       E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:06       Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
517429227      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:35       Syncb/Lowes,    PO Box 96505,
                 Orlando, FL 32896-0001
517429972      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:05       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517429229      +E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37       United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517553484      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:46:49       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517429190*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: Acura Financial Services,    PO Box 165378,    Irving, TX 75016)
517438073*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517429211*     +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517429198     ##+Borrowers First Inc,    1114 Lost Creek Blvd,    Suite 220,    Austin, TX 78746-6374
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 3 of 3          Date Rcvd: Sep 04, 2018
                              Form ID: 186              Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Beata   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Jerzy   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```