**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security       **0** Assumption of Executory Contract or Unexpired Lease       **0** Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Jerry Lobrow**          Case No.: **18-16428**
**Beata Lobrow**                  Judge: **CMG**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                  ☑ Modified/Notice Required          Date: **August 2018**
☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **BCT**        Initial Debtor: **J L**        Initial Co-Debtor **B L**

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay __1,900.00 Monthly__ to the Chapter 13 Trustee, starting on __4/1/2018__ for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **Bruce C. Truesdale** | **Attorney Fees** | **2,000.00** |
| **Internal Revenue Service*** | **Taxes and certain other debts - 2017 1040 Taxes** | **12,640.00** |
| **Internal Revenue Service*** | **Taxes and certain other debts - 2016 1040 Taxes** | **5,131.02** |
| **Internal Revenue Service*** | **Taxes and certain other debts - 2015 1040 Taxes** | **10,236.68** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank | 4 Paul Place Old Bridge, NJ 08857 Middlesex County | 20,862.15 | 0.00 | 20,862.15 | 2,529.00 (or per mtg note) |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| -NONE- | | | | | |
|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Acura Financial Services** | **Leased Acura Car** | **Unknown** | **0.00** |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
**Carole Ann Gorham**
**Regional Acceptance Corp**

### g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $____ to be distributed *pro rata*

☐  Not less than ___ percent

☑  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Solar City** | **0.00** | **Solar Panels** | **Assumed** | **60.00** |

## Part 7:  Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J.**

4

**LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
    1) Ch. 13 Standing Trustee Commissions
    2) **Other Administrative Claims**
    3) **Priority Claims**
    4) **Secured Claims**
    5) **Lease Arrearages**
    6) **General Unsecured Claims**

    d. **Post-Petition Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ▮ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **August 2018** - Plan is being modified to account for actual debts owed to IRS and to accurately list the arrears due to Debtors' mortgage company. Per the Trustee's request the Debtors have also included a non-standard provision to address a lawsuit. | **August 2018** - The priority debts owed to the IRS were updated in Part 3 and the arrearage figure owed to Debtors' mtg company was updated in Part 4. A non-standard provision was entered into part 10 with respect to Debtors' civil suit. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.
The Debtors shall turn over to the chapter 13 Trustee, for the benefit of creditors, any non-exempt proceeds from the lawsuit listed on Schedule B of their petition.
 The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | **August 31, 2018** | **/s/ Bruce C. Truesdale** |
|---|---|---|
| | | **Bruce C. Truesdale** |
| | | Attorney for the Debtor |
| Date: | **August 31, 2018** | **/s/ Jerry Lobrow** |
| | | **Jerry Lobrow** |
| | | Debtor |
| Date: | **August 31, 2018** | **/s/ Beata Lobrow** |
| | | **Beata Lobrow** |
| | | Joint Debtor |

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | **August 31, 2018** | **/s/ Bruce C. Truesdale** |
|---|---|---|
| | | **Bruce C. Truesdale** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **August 31, 2018** | **/s/ Jerry Lobrow** |
|---|---|---|
| | | **Jerry Lobrow** |
| | | Debtor |
| Date: | **August 31, 2018** | **/s/ Beata Lobrow** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| **Beata Lobrow** |
| Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-16428-CMG
Jerzy Lobrow                                                        Chapter 13
Beata Lobrow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 3           Date Rcvd: Sep 04, 2018
                             Form ID: pdf901       Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
```
db/jdb         +Jerzy Lobrow,    Beata Lobrow,    4 Paul Place,    Old Bridge, NJ 08857-2514
cr             +American Honda Finance Corporation, administrator,    P.O. Box 168088,    Irving, TX 75016-8088
517429188      +Abelson & Truesdale, LLC,    Bruce C. Truesdale, Esq,    147 Union Avenue,
                 Middlesex, NJ 08846-1063
517429191      +Allied Collection Svvs,    3080 S Durango Dr,    Suite 208,    Las Vegas, NV 89117-9194
517429192      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517528730       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517429193       Amex Department Stores,    PO Box 8718,    Mason, OH 45040
517429194      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517429195     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998-2235)
517429196      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517429197      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517528096       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517429200      +Carole Ann Gorham,    13 Guest Drive,    Morganville, NJ 07751-1432
517429201      +Chase Bank,    PO Box 659754,    San Antonio, TX 78265-9754
517429209       DSNB/Macys,    PO Box 8218,    Monroe, OH 45050
517532810      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517429204      +Deville Asset Management,    1132 Glade Road,    Colleyville, TX 76034-4227
517429205      +Diane Kostenko,    137 Hillside Ave,    South River, NJ 08882-2056
517429206      +Digestive Health and Nutrition Center, L,    465 Cranbury Road,    Suite 102,
                 East Brunswick, NJ 08816-7600
517429210      +Freehold Ophthalmolody, LLC,    509 Stillwells Corner Road,    Freehold, NJ 07728-2965
517429213      +Laura Dambola,    76 Greenwood Road,    Old Bridge, NJ 08857-2425
517429214      +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
517429216       M&T Bank,    PO Box 61903,    Dallas, TX 75261
517429217       Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                 One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517429218      +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
517429223      +RWJ EndoSurgical Center,    P.O. Box 95000-5555,    Philadelphia, PA 19195-0001
517429221      +Robert Wood Johnson Health Net,    PO box 251,    South Amboy, NJ 08879-0251
517429222       Robert Wood Johnson Medical School,    PO Box 829650,    Philadelphia, PA 19182-9650
517429224      +Solar City,    PO Box 3500,    Draper, UT 84020-3500
517526735     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
517429228      +Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
517429230      +Waclawa Gierlachowski,    21 Radcliffe Street,    South River, NJ 08882-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517448467       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2018 23:41:48
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517429189       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2018 23:41:48      Acura Financial Services,
                 PO Box 165378,    Irving, TX 75016-5378
517429199      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:47:05
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517429202       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:17      Comenity Bank/AN TLR,
                 PO box 182789,    Columbus, OH 43218-2789
517429203       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:17      Comenity Bank/Express,
                 PO Box 182789,    Columbus, OH 43218-2789
517582002      +E-mail/Text: bncmail@w-legal.com Sep 04 2018 23:41:48      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517429207       E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Financial SVC LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517441219       E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517429208       E-mail/Text: cio.bncmail@irs.gov Sep 04 2018 23:40:56      District Director of the IRS,
                 955 S. Springfield Avenue,    Springfield, NJ 07081
517429212      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2018 23:40:46      Kohls Department Store,
                 PO box 3115,    Milwaukee, WI 53201-3115
517429215      +E-mail/Text: bncnotices@stengerlaw.com Sep 04 2018 23:40:44      LVNV Funding LLC,
                 c/o Stenger & Stenger, PC,    2618 East Paris Ave Se,    Grand Rapids, MI 49546-2454
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Sep 04, 2018
                              Form ID: pdf901          Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517580361        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2018 23:46:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Marketplace Loan Grantor,
                 Trust, Series 2015-CB1,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517573723       +E-mail/Text: bk@lendingclub.com Sep 04 2018 23:42:04      LendingClub Corporation,
                 71 Stevenson Street,    Suite 1000,    San Francisco, CA 94105-2967
517583805        E-mail/Text: camanagement@mtb.com Sep 04 2018 23:41:10      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517475863       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517545381        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:48
                 Portfolio Recovery Associates, LLC,     c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517543137        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:46:41
                 Portfolio Recovery Associates, LLC,     c/o Mastercard Black,    POB 41067,    Norfolk VA 23541
517543138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:43
                 Portfolio Recovery Associates, LLC,     c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
517564751        E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:27
                 Quantum3 Group LLC as agent for,     Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
517569270        E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:27
                 Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517565313        E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:27
                 Quantum3 Group LLC as agent for,     MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517429220       +E-mail/Text: bk@rgsfinancial.com Sep 04 2018 23:40:41      RGS Financial,    1700 Jay Ell Dr,
                 Suite 200,    Richardson, TX 75081-6788
517429219       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 04 2018 23:46:14       Regional Acceptance Corp,
                 PO Box 830913,    Birmingham, AL 35283-0913
517447192        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 04 2018 23:46:14       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
517429225       +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:01       Syncb/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
517429226        E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:04       Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
517429227       +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:03       Syncb/Lowes,    PO Box 96505,
                 Orlando, FL 32896-0001
517429972       +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:04       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517429229       +E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37       United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,     Newark, NJ 07102-2527
517553484       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:46:49       Verizon,
                 by American InfoSource LP as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517429190*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Acura Financial Services,     PO Box 165378,    Irving, TX 75016)
517438073*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517429211*     +Internal Revenue Service*,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517429198     ##+Borrowers First Inc,    1114 Lost Creek Blvd,   Suite 220,    Austin, TX 78746-6374
                                                                                      TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Sep 04, 2018
                              Form ID: pdf901          Total Noticed: 64
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Beata   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Jerzy   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```