UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JERZY LOBROW &
BEATA LOBROW
      Debtors,

Case No.:   18-16428-CMG

Chapter:   13

Hearing Date:   October 17, 2018

Judge:   Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☒ Withdrawn

Matter:  Docket # 26 Motion for Relief from Stay re 2012 Nissan Juke Utility 4D Hearing scheduled for 10/17/2018 at 10:00 am

Date: October 16, 2018

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*