Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerzy Lobrow
aka Jerry Lobrow
4 Paul Place
Old Bridge, NJ 08857

Beata Lobrow
4 Paul Place
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−5204                                  xxx−xx−4497

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       11/19/18
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce Truesdale

COMMISSION OR FEES
$3792.50

EXPENSES
$21.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 26, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-16428-CMG
Jerzy Lobrow                                                        Chapter 13
Beata Lobrow
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Oct 26, 2018
                              Form ID: 137                 Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/jdb         +Jerzy Lobrow,    Beata Lobrow,    4 Paul Place,   Old Bridge, NJ 08857-2514
cr             +American Honda Finance Corporation, administrator,    P.O. Box 168088,    Irving, TX 75016-8088
517429188      +Abelson & Truesdale, LLC,    Bruce C. Truesdale, Esq,   147 Union Avenue,
                 Middlesex, NJ 08846-1063
517429191      +Allied Collection Svvs,    3080 S Durango Dr,   Suite 208,   Las Vegas, NV 89117-9194
517429192      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
517528730       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517429193       Amex Department Stores,    PO Box 8718,   Mason, OH 45040
517429194      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517429195     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2235)
517429196      +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
517429197      +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
517528096       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517429200      +Carole Ann Gorham,    13 Guest Drive,   Morganville, NJ 07751-1432
517429201      +Chase Bank,    PO Box 659754,   San Antonio, TX 78265-9754
517429209       DSNB/Macys,    PO Box 8218,   Monroe, OH 45050
517532810      +Department Stores National Bank,    Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517429204     #+Deville Asset Management,    1132 Glade Road,   Colleyville, TX 76034-4227
517429205      +Diane Kostenko,    137 Hillside Ave,   South River, NJ 08882-2056
517429206      +Digestive Health and Nutrition Center, L,    465 Cranbury Road,   Suite 102,
                 East Brunswick, NJ 08816-7600
517429210      +Freehold Ophthalmolody, LLC,    509 Stillwells Corner Road,   Freehold, NJ 07728-2965
517429213      +Laura Dambola,    76 Greenwood Road,   Old Bridge, NJ 08857-2425
517429214      +Lending Club Corporation,    21 Stevenson,   Suite 300,   San Francisco, CA 94105-2706
517573723      +LendingClub Corporation,    71 Stevenson Street,   Suite 1000,   San Francisco, CA 94105-2967
517429216       M&T Bank,    PO Box 61903,   Dallas, TX 75261
517429217       Office of Chief Counsel,    Internal Revenue Service,   SB/SE Division Counsel,
                 One Newark Center, Suite 1500,    Newark, NJ 07102-5224
517429218      +Paypal Credit,    PO Box 5138,   Lutherville Timonium, MD 21094-5138
517429223      +RWJ EndoSurgical Center,    P.O. Box 95000-5555,   Philadelphia, PA 19195-0001
517429221      +Robert Wood Johnson Health Net,    PO box 251,   South Amboy, NJ 08879-0251
517429222       Robert Wood Johnson Medical School,    PO Box 829650,   Philadelphia, PA 19182-9650
517429224      +Solar City,    PO Box 3500,   Draper, UT 84020-3500
517526735     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,   St. Louis MO 63166-0108)
517429228      +Unifund CCR LLC,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
517429230      +Waclawa Gierlachowski,    21 Radcliffe Street,   South River, NJ 08882-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2018 23:14:16      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2018 23:14:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517448467       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 26 2018 23:14:23
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
517749488       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 26 2018 23:14:23      Acura Financial Services,
                 P.O. Box 168088,   Irving, TX 75016-8088
517429189       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 26 2018 23:14:23      Acura Financial Services,
                 PO Box 165378,   Irving, TX 75016-5378
517429199      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 23:18:40
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
517429202       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2018 23:14:06      Comenity Bank/AN TLR,
                 PO box 182789,   Columbus, OH 43218-2789
517429203       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2018 23:14:06      Comenity Bank/Express,
                 PO Box 182789,   Columbus, OH 43218-2789
517582002      +E-mail/Text: bncmail@w-legal.com Oct 26 2018 23:14:23      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517429207       E-mail/Text: mrdiscen@discover.com Oct 26 2018 23:13:39      Discover Financial SVC LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
517441219       E-mail/Text: mrdiscen@discover.com Oct 26 2018 23:13:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517429208       E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 23:13:47      District Director of the IRS,
                 955 S. Springfield Avenue,    Springfield, NJ 07081
517429212      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2018 23:13:42      Kohls Department Store,
                 PO box 3115,   Milwaukee, WI 53201-3115
```

```
District/off: 0312-3          User: admin             Page 2 of 3          Date Rcvd: Oct 26, 2018
                              Form ID: 137            Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517429215      +E-mail/Text: bncnotices@stengerlaw.com Oct 26 2018 23:13:39      LVNV Funding LLC,
                 c/o Stenger & Stenger, PC,    2618 East Paris Ave Se,   Grand Rapids, MI 49546-2454
517580361       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2018 23:18:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of Marketplace Loan Grantor,
                 Trust, Series 2015-CB1,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517583805       E-mail/Text: camanagement@mtb.com Oct 26 2018 23:13:57      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517475863      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2018 23:14:14      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517545381       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 23:19:56
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517543137       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 23:30:42
                 Portfolio Recovery Associates, LLC,    c/o Mastercard Black,    POB 41067,   Norfolk VA 23541
517543138       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 23:19:55
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,   Norfolk VA 23541
517564751       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2018 23:14:11
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
517569270       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2018 23:14:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
517565313       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2018 23:14:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517429220      +E-mail/Text: bk@rgsfinancial.com Oct 26 2018 23:13:38      RGS Financial,    1700 Jay Ell Dr,
                 Suite 200,   Richardson, TX 75081-6788
517429219      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 26 2018 23:19:57       Regional Acceptance Corp,
                 PO Box 830913,    Birmingham, AL 35283-0913
517447192       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 26 2018 23:19:57       Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
517429225      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 23:19:53      Syncb/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
517429226       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 23:19:14      Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
517429227      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 23:18:39      Syncb/Lowes,    PO Box 96505,
                 Orlando, FL 32896-0001
517429972      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 23:19:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517429229      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2018 23:14:16      United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517553484      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2018 23:19:35       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517429190*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Acura Financial Services,    PO Box 165378,   Irving, TX 75016)
517438073*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517429211*    +Internal Revenue Service*,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517429198    ##+Borrowers First Inc,    1114 Lost Creek Blvd,    Suite 220,   Austin, TX 78746-6374
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin                Page 3 of 3         Date Rcvd: Oct 26, 2018
                              Form ID: 137               Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Beata   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Jerzy   Lobrow brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael M Khalil    on behalf of Debtor Jerzy   Lobrow mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Beata   Lobrow mkhalil@atrbklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```