UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In RE:                                                                                          Case No. 18-16428

Beata Lobrow,

## NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed for Payments and Notices;

# Deville Asset Management, LTD

FROM:                                                                                       TO:

1132 Glade Rd                                                                       P.O. Box 1987

Colleyville, TX 76034                                                           Colleyville, TX 76034

December 10th, 2018
Date:                                                                                       Creditor Signature