| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-16428 / CMG**

Jerzy Lobrow
Beata Lobrow

Petition Filed Date: 03/31/2018
341 Hearing Date: 05/03/2018
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2018 | $1,900.00 | 534653267 | 05/02/2018 | $1,900.00 | 48789030 | 06/01/2018 | $1,900.00 | 49542010 |
| 07/03/2018 | $1,900.00 | 50432150 | 08/01/2018 | $1,900.00 | 51170570 | 09/04/2018 | $1,900.00 | 51960720 |
| 10/01/2018 | $1,900.00 | 52731760 | 10/01/2018 | ($1,900.00) | 52731760 | 10/02/2018 | $1,900.00 | 52731760 |
| 11/02/2018 | $2,241.00 | 53588300 | 12/03/2018 | $2,241.00 | 54326920 | 12/31/2018 | $2,241.00 | 54984560 |

**Total Receipts for the Period: $20,023.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,023.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerzy Lobrow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCL | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 | Priority Crediors | $28,007.70 | $10,426.00 | $17,581.70 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,811.04 | $0.00 | $1,811.04 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,566.38 | $0.00 | $2,566.38 |
| 4 | DISCOVER BANK | Unsecured Creditors | $900.02 | $0.00 | $900.02 |
| 5 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ACURA FINANCIAL SERVICES<br>»» 2016 ACURA MDX/DEF BAL | Unsecured Creditors | $7,401.53 | $0.00 | $7,401.53 |
| 7 | DEVILLE ASSET MANAGEMENT, LTD | Unsecured Creditors | $14,572.79 | $0.00 | $14,572.79 |
| 8 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,844.61 | $0.00 | $1,844.61 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,435.44 | $0.00 | $4,435.44 |
| 10 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $2,209.05 | $0.00 | $2,209.05 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,076.29 | $0.00 | $2,076.29 |
| 12 | DEPARTMENT STORES NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $146.12 | $0.00 | $146.12 |
| 13 | Diane Kostenko | Unsecured Creditors | $125,500.00 | $0.00 | $125,500.00 |
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $939.41 | $0.00 | $939.41 |
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,505.91 | $0.00 | $2,505.91 |

**Chapter 13 Case No. 18-16428 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $6,444.96 | $0.00 | $6,444.96 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,936.11 | $0.00 | $5,936.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $618.62 | $0.00 | $618.62 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $980.40 | $0.00 | $980.40 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,181.92 | $0.00 | $2,181.92 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $5,391.93 | $0.00 | $5,391.93 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $486.08 | $0.00 | $486.08 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $857.36 | $0.00 | $857.36 |
| 24 | QUANTUM3 GROUP LLC<br>»» ANN TAYLOR | Unsecured Creditors | $223.88 | $0.00 | $223.88 |
| 25 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $970.82 | $0.00 | $970.82 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors | $25,465.42 | $0.00 | $25,465.42 |
| 27 | LVNV FUNDING LLC | Unsecured Creditors | $29,381.99 | $0.00 | $29,381.99 |
| 28 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Unsecured Creditors | $1,468.50 | $0.00 | $1,468.50 |
| 29 | M&T BANK<br>»» P/4 PAUL PL/1ST MTG | Mortgage Arrears | $20,862.15 | $0.00 | $20,862.15 |
| 30 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE/ORDER 11/13/18 | Debt Secured by Vehicle | $631.00 | $354.76 | $276.24 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 11/20/18 | Attorney Fees | $3,813.50 | $3,813.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,023.00 | Plan Balance: | $116,990.00 ** |
| Paid to Claims: | $16,594.26 | Current Monthly Payment: | $2,241.00 |
| Paid to Trustee: | $1,344.61 | Arrearages: | $0.00 |
| Funds on Hand: | $2,084.13 | Total Plan Base: | $137,013.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**