Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                             Case No.:  18−16428−CMG
                             Chapter:  13
                             Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerzy Lobrow                                         Beata Lobrow
   aka Jerry Lobrow                             4 Paul Place
   4 Paul Place                                        Old Bridge, NJ 08857
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5204                                       xxx−xx−4497

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/20/19 at 09:00 AM

to consider and act upon the following:

**43** − Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation. Objection deadline is 03/6/2019. (Attachments: # 1 Certification of Secured Creditor Regarding Post−petition Payment History # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ebeck, Keri)


Dated: 3/7/19

                                                                            Jeanne Naughton
                                                                            Clerk, U.S. Bankruptcy Court