# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerzy Lobrow
aka Jerry Lobrow
4 Paul Place
Old Bridge, NJ 08857

Beata Lobrow
4 Paul Place
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−5204

xxx−xx−4497

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/20/19 at 09:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Keri P. Ebeck on behalf of Regional Acceptance Corporation. Objection deadline is 03/6/2019. (Attachments: # 1 Certification of Secured Creditor Regarding Post−petition Payment History # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ebeck, Keri)

Dated: 3/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jerzy Lobrow  
Beata Lobrow  
    Debtors

Case No. 18-16428-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 07, 2019  
                           Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db/jdb        +Jerzy Lobrow,   Beata Lobrow,   4 Paul Place,   Old Bridge, NJ 08857-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      Bruce C. Truesdale   on behalf of Joint Debtor Beata  Lobrow brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Bruce C. Truesdale   on behalf of Debtor Jerzy  Lobrow brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
      Keri P. Ebeck   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Michael M Khalil   on behalf of Joint Debtor Beata  Lobrow mkhalil@atrbklaw.com  
      Michael M Khalil   on behalf of Debtor Jerzy  Lobrow mkhalil@atrbklaw.com  
      Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                    TOTAL: 10