UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

JERZY LOBROW &
BEATA LOBROW,
  Debtors,

Case No.:    18-16428-CMG

Chapter:    13

Hearing Date:    March 20, 2019

Judge:    Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Doc #43 Creditor's Certification of Default regarding the Consent Order Resolving the Motion for Relief from Stay dated September 17, 2018

Date: March 19, 2019

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*