| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-16428 / CMG**

Jerzy Lobrow
Beata Lobrow

Petition Filed Date: 03/31/2018
341 Hearing Date: 05/03/2018
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $2,241.00 | 55847960 | 03/01/2019 | $2,241.00 | 56632760 | 04/01/2019 | $2,241.00 | 57452500 |
| 05/01/2019 | $2,241.00 | 58227360 | 06/03/2019 | $2,241.00 | 59059120 | 07/01/2019 | $2,241.00 | 59835280 |
| 08/01/2019 | $2,241.00 | 60583770 | 09/03/2019 | $2,241.00 | 61447050 | 10/01/2019 | $2,241.00 | 62167970 |
| 10/01/2019 | ($2,241.00) | 62167970 | 10/01/2019 | $2,241.00 | 62167970 | 11/04/2019 | $2,241.00 | 63008100 |
| 12/03/2019 | $2,241.00 | 63746510 | 12/31/2019 | $2,241.00 | 64431730 | | | |

**Total Receipts for the Period: $26,892.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $49,156.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| **CLAIMS AND DISTRIBUTIONS** | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jerzy Lobrow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 | Priority Crediors | $28,007.70 | $28,007.70 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,811.04 | $0.00 | $1,811.04 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,566.38 | $0.00 | $2,566.38 |
| 4 | DISCOVER BANK | Unsecured Creditors | $900.02 | $0.00 | $900.02 |
| 5 | REGIONAL ACCEPTANCE<br>»»  2012 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA MDX/DEF BAL | Unsecured Creditors | $7,401.53 | $0.00 | $7,401.53 |
| 7 | DEVILLE ASSET MANAGEMENT, LTD | Unsecured Creditors | $14,572.79 | $0.00 | $14,572.79 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,844.61 | $0.00 | $1,844.61 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,435.44 | $0.00 | $4,435.44 |
| 10 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $2,209.05 | $0.00 | $2,209.05 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,076.29 | $0.00 | $2,076.29 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $146.12 | $0.00 | $146.12 |
| 13 | Diane Kostenko | Unsecured Creditors | $125,500.00 | $0.00 | $125,500.00 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $939.41 | $0.00 | $939.41 |

**Chapter 13 Case No. 18-16428 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,505.91 | $0.00 | $2,505.91 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $6,444.96 | $0.00 | $6,444.96 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,936.11 | $0.00 | $5,936.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $618.62 | $0.00 | $618.62 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $980.40 | $0.00 | $980.40 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,181.92 | $0.00 | $2,181.92 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $5,391.93 | $0.00 | $5,391.93 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $486.08 | $0.00 | $486.08 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $857.36 | $0.00 | $857.36 |
| 24 | QUANTUM3 GROUP LLC<br>»» ANN TAYLOR | Unsecured Creditors | $223.88 | $0.00 | $223.88 |
| 25 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $970.82 | $0.00 | $970.82 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors | $25,465.42 | $0.00 | $25,465.42 |
| 27 | LVNV FUNDING LLC | Unsecured Creditors | $29,381.99 | $0.00 | $29,381.99 |
| 28 | Bill Me Later as Servicer for Synchrony Bank<br>»» COMENITY | Unsecured Creditors | $1,468.50 | $0.00 | $1,468.50 |
| 29 | M&T BANK<br>»» P/4 PAUL PL/1ST MTG | Mortgage Arrears | $20,862.15 | $9,542.79 | $11,319.36 |
| 30 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE/ORDER 11/13/18 | Debt Secured by Vehicle | $631.00 | $631.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 11/20/18 | Attorney Fees | $3,813.50 | $3,813.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,156.00 | Plan Balance: | $87,857.00 ** |
| Paid to Claims: | $43,994.99 | Current Monthly Payment: | $2,241.00 |
| Paid to Trustee: | $3,081.36 | Arrearages: | $0.00 |
| Funds on Hand: | $2,079.65 | Total Plan Base: | $137,013.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**