**Information to identify the case:**

Debtor 1: JERZY LOBROW

Debtor 2: BEATA LOBROW

United States Bankruptcy Court for the: MAIN    District of NJ

Case number: 18-16428

# *NOTICE OF ADDRESS CHANGE*

DEVILLE ASSET MANAGEMENT (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

☑ **CHANGE IN NOTICE ADDRESS**

| **Prior Notice Address** | **New Notice Address** |
|---|---|
| DEVILLE ASSET MANAGEMENT<br>PO BOX 1987<br>COLLEYVILLE, TX 76034-1987 | DEVILLE ASSET MANAGEMENT<br>PO Box 788<br>Kirkland, WA 98083-0788 |

☑ **CHANGE IN PAYMENT ADDRESS**

| *Prior Payment Address* | **New Payment Address** |
|---|---|
| DEVILLE ASSET MANAGEMENT<br>PO BOX 1987<br>COLLEYVILLE, TX 76034-1987 | DEVILLE ASSET MANAGEMENT<br>PO Box 788<br>Kirkland, WA 98083-0788 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed By: /s/ Patty Harnden        Date: 05/13/2020

Authorized agent for Creditor

Print Name: Patty Harnden