| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-16428 / CMG**

Jerzy Lobrow
Beata Lobrow

Petition Filed Date: 03/31/2018
341 Hearing Date: 05/03/2018
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $2,241.00 | 65246130 | 03/02/2020 | $2,241.00 | 66055330 | 04/01/2020 | $2,241.00 | 66759380 |
| 05/01/2020 | $2,241.00 | 67525030 | 06/01/2020 | $2,241.00 | 68313510 | 07/02/2020 | $2,241.00 | 69093500 |
| 08/03/2020 | $2,241.00 | 69773480 | 08/31/2020 | $2,241.00 | 70507760 | 10/01/2020 | $2,241.00 | 71223430 |
| 11/02/2020 | $2,241.00 | 72025990 | 11/30/2020 | $2,241.00 | 72699400 | 01/04/2021 | $2,241.00 | 73492000 |
| 02/02/2021 | $2,241.00 | 74205150 | | | | | | |

**Total Receipts for the Period: $29,133.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $76,048.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerzy Lobrow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 | Priority Creditors | $28,007.70 | $28,007.70 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,811.04 | $82.42 | $1,728.62 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,566.38 | $116.79 | $2,449.59 |
| 4 | DISCOVER BANK | Unsecured Creditors | $900.02 | $40.96 | $859.06 |
| 5 | REGIONAL ACCEPTANCE<br>»»  2012 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA MDX/DEF BAL | Unsecured Creditors | $7,401.53 | $336.81 | $7,064.72 |
| 7 | DEVILLE ASSET MANAGEMENT | Unsecured Creditors | $14,572.79 | $663.13 | $13,909.66 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,844.61 | $83.94 | $1,760.67 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,435.44 | $201.84 | $4,233.60 |
| 10 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $2,209.05 | $100.53 | $2,108.52 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,076.29 | $94.48 | $1,981.81 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $146.12 | $0.00 | $146.12 |
| 13 | Diane Kostenko | Unsecured Creditors | $125,500.00 | $5,710.91 | $119,789.09 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $939.41 | $42.75 | $896.66 |

**Chapter 13 Case No. 18-16428 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,505.91 | $114.03 | $2,391.88 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $6,444.96 | $293.28 | $6,151.68 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,936.11 | $270.12 | $5,665.99 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $618.62 | $17.62 | $601.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $980.40 | $44.61 | $935.79 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,181.92 | $99.29 | $2,082.63 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $5,391.93 | $245.36 | $5,146.57 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $486.08 | $22.12 | $463.96 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $857.36 | $39.02 | $818.34 |
| 24 | QUANTUM3 GROUP LLC<br>»» ANN TAYLOR | Unsecured Creditors | $223.88 | $0.00 | $223.88 |
| 25 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $970.82 | $44.18 | $926.64 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors | $25,465.42 | $1,158.80 | $24,306.62 |
| 27 | LVNV FUNDING LLC | Unsecured Creditors | $29,381.99 | $1,337.03 | $28,044.96 |
| 28 | Bill Me Later as Servicer for Synchrony Bank<br>»» COMENITY | Unsecured Creditors | $1,468.50 | $66.83 | $1,401.67 |
| 29 | M&T BANK<br>»» P/4 PAUL PL/1ST MTG | Mortgage Arrears | $20,862.15 | $20,862.15 | $0.00 |
| 30 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE/ORDER 11/13/18 | Debt Secured by Vehicle | $631.00 | $631.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 11/20/18 | Attorney Fees | $3,813.50 | $3,813.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $76,048.00 | Plan Balance: | $60,965.00 ** |
| Paid to Claims: | $66,541.20 | Current Monthly Payment: | $2,241.00 |
| Paid to Trustee: | $5,270.81 | Arrearages: | $0.00 |
| Funds on Hand: | $4,235.99 | Total Plan Base: | $137,013.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.