| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BRUCE C. TRUESDALE, P.C.<br>147 Union Avenue – Suite 1E<br>Middlesex, New Jersey 08846<br>BY: Bruce C. Truesdale, Esq. (BC 0928)<br>Phone: 732-302-9600<br>Fax: 732-302-9066<br>Attorney for Debtor[s] | |
| In Re:<br><br>JERZY LOBROW<br><br>BEATA LOBROA | Case No.: 18-16428<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: 6/16/21<br><br>Judge: CMG |

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On May 25, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   5/25/21                                                                     /s/ Sarah A. Vanderstreet
                                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerry & Beata  Lobrow<br>4 Paul Place<br>Old Bridge, NJ 08857 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |