Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerzy Lobrow                                       Beata Lobrow
   aka Jerry Lobrow                              4 Paul Place
   4 Paul Place                                       Old Bridge, NJ 08857
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5204                                      xxx−xx−4497

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      6/16/21
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

     ☑    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows: by $1,200.00 (See Attached Exhibit A in Application)

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 26, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16428-CMG |
| Jerzy Lobrow | Chapter 13 |
| Beata Lobrow | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: 137 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerzy Lobrow, Beata Lobrow, 4 Paul Place, Old Bridge, NJ 08857-2514 |
| cr | + | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | #+ | Deville Asset Management, LTD, PO Box 1987, Colleyville, TX 76034-1987 |
| 517429188 | + | Abelson & Truesdale, LLC, Bruce C. Truesdale, Esq, 147 Union Avenue, Middlesex, NJ 08846-1063 |
| 517429192 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517528730 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429193 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517429194 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517429195 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 517429196 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 517528096 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429200 | + | Carole Ann Gorham, 13 Guest Drive, Morganville, NJ 07751-1432 |
| 517429209 | | DSNB/Macys, PO Box 8218, Monroe, OH 45050 |
| 517429204 | | Deville Asset Management, POB 788, Kirkland, WA 98083-0788 |
| 517429205 | + | Diane Kostenko, 137 Hillside Ave, South River, NJ 08882-2056 |
| 517429206 | + | Digestive Health and Nutrition Center, L, 465 Cranbury Road, Suite 102, East Brunswick, NJ 08816-7600 |
| 517429210 | + | Freehold Ophthalmolody, LLC, 509 Stillwells Corner Road, Freehold, NJ 07728-2965 |
| 517429213 | + | Laura Dambola, 76 Greenwood Road, Old Bridge, NJ 08857-2425 |
| 517429216 | | M&T Bank, PO Box 61903, Dallas, TX 75261 |
| 517429217 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 517429223 | + | RWJ EndoSurgical Center, P.O. Box 95000-5555, Philadelphia, PA 19195-0001 |
| 517429221 | + | Robert Wood Johnson Health Net, PO box 251, South Amboy, NJ 08879-0251 |
| 517429222 | | Robert Wood Johnson Medical School, PO Box 829650, Philadelphia, PA 19182-9650 |
| 517429224 | + | Solar City, PO Box 3500, Draper, UT 84020-3500 |
| 517429228 | + | Unifund CCR LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517429230 | + | Waclawa Gierlachowski, 21 Radcliffe Street, South River, NJ 08882-1239 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517429189 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |

Case 18-16428-CMG    Doc 55    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: 137 | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517448467 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 26 2021 21:28:00 | Acura Financial Services, PO Box 165378, Irving, TX 75016-5378 |
| 517749488 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 26 2021 21:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429191 | + | Email/Text: banko@acsnv.com | May 26 2021 21:28:00 | Acura Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429197 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 21:28:00 | Allied Collection Svvs, 3080 S Durango Dr, Suite 208, Las Vegas, NV 89117-9194 |
| 517429199 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 21:18:10 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517429202 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 21:16:53 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517429203 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 21:27:00 | Comenity Bank/AN TLR, PO box 182789, Columbus, OH 43218-2789 |
| 517582002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 21:27:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517429207 | | Email/Text: mrdiscen@discover.com | May 26 2021 21:27:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517532810 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 21:26:00 | Discover Financial SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517984742 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 21:18:13 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517441219 | | Email/Text: mrdiscen@discover.com | May 26 2021 21:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517429208 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2021 21:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517429201 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 21:27:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 517429212 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 21:18:02 | Chase Bank, PO Box 659754, San Antonio, TX 78265 |
| 517429215 | + | Email/Text: bncnotices@stengerlaw.com | May 26 2021 21:26:00 | Kohls Department Store, PO box 3115, Milwaukee, WI 53201-3115 |
| 517580361 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:26:00 | LVNV Funding LLC, c/o Stenger & Stenger, PC, 2618 East Paris Ave Se, Grand Rapids, MI 49546-2454 |
| 517429214 | + | Email/Text: Documentfiling@lciinc.com | May 26 2021 21:17:01 | LVNV Funding, LLC its successors and assigns as, assignee of Marketplace Loan Grantor, Trust, Series 2015-CB1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517573723 | + | Email/Text: bk@lendingclub.com | May 26 2021 21:26:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 517583805 | | Email/Text: camanagement@mtb.com | May 26 2021 21:28:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 517475863 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 21:27:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517545381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 21:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517543137 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 21:18:06 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| | | | May 26 2021 21:18:06 | Portfolio Recovery Associates, LLC, c/o |

Case 18-16428-CMG   Doc 55   Filed 05/28/21   Entered 05/29/21 00:22:43   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 137 | Total Noticed: 69 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mastercard Black, POB 41067, Norfolk VA 23541 |
| 517543138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 21:18:07 | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517429218 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 21:19:08 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517565313 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 21:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517569270 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 21:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517564751 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 21:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517429220 | + | Email/Text: bk@rgsfinancial.com | May 26 2021 21:26:00 | RGS Financial, 1700 Jay Ell Dr, Suite 200, Richardson, TX 75081-6788 |
| 517429219 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 26 2021 21:19:25 | Regional Acceptance Corp, PO Box 830913, Birmingham, AL 35283-0913 |
| 517447192 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 26 2021 21:19:25 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518140930 | + | Email/Text: bncmail@w-legal.com | May 26 2021 21:28:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140931 | + | Email/Text: bncmail@w-legal.com | May 26 2021 21:28:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517429225 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 21:17:59 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 517429226 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 21:19:08 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517429227 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 21:19:08 | Syncb/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 517429972 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 21:19:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517526735 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 21:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517429229 | + | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 517553484 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 26 2021 21:19:25 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517429190 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, PO Box 165378, Irving, TX 75016 |
| 517438073 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517429211 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

517429198    ##+    Borrowers First Inc, 1114 Lost Creek Blvd, Suite 220, Austin, TX 78746-6374

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Beata Lobrow brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Debtor Jerzy Lobrow brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Michael M Khalil | on behalf of Debtor Jerzy Lobrow mkhalilecf@gmail.com |
| Michael M Khalil | on behalf of Joint Debtor Beata Lobrow mkhalilecf@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11