| UNITED STATES BANKRUPTCY COURT | |
| DISTRICT OF NEW JERSEY | |
| --- | --- |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Bruce C. Truesdale, Esq.<br>Attorney At Law<br>147 Union Avenue, Suite 1E<br>Middlesex, NJ 08846<br>Phone#: 732-302-9600<br>Fax#: 732-302-9066 | |
| | **Order Filed on June 17, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Jerzy & Beata Lobrow | Case No.: ___18-16428-CMG___<br><br>Chapter: 13<br><br>Judge: ___Christine M. Gravelle___ |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 17, 2021**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq._____, the applicant, is allowed a fee of $ _____1,200_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,200_____ . The allowance shall be payable:

☑        through the Chapter 13 plan as an administrative priority.

❑        outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-16428-CMG

Jerzy Lobrow                                                                        Chapter 13

Beata Lobrow

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                   Page 1 of 2

Date Rcvd: Jun 17, 2021                  Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

**Recip ID              Recipient Name and Address**
db/jdb              +  Jerzy Lobrow, Beata Lobrow, 4 Paul Place, Old Bridge, NJ 08857-2514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Beata Lobrow brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Debtor Jerzy Lobrow brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Keri P. Ebeck | |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 17, 2021                  Form ID: pdf903                          Total Noticed: 1

        on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Michael M Khalil
        on behalf of Joint Debtor Beata Lobrow mkhalilecf@gmail.com

Michael M Khalil
        on behalf of Debtor Jerzy Lobrow mkhalilecf@gmail.com

Phillip Andrew Raymond
        on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
        on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11