| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Jerzy Lobrow<br>Beata Lobrow<br><br><br>Debtor(s) |

Case No.: 18-16428 / CMG

Chapter 13

Hearing Date:

Judge: Christine M. Gravelle

**TRUSTEE'S SUPPLEMENTAL OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

**Amended schedule B & C filed 9/16/21 at docket #58 lists proceeds from a personal injury suit. This is the debtor's personal injury suit . The exemption amounts claimed under 522 (d)(11)(D) and 522(d)(5) are in excess of the debtor's allowed statutory amounts. It appears that the claimed exemptions attempt to include the joint debtor as well. The Trustee has no information that the joint debtor was a party to the personal Injury case and/or awarded damages in that suit.**
**In addition, as of yet, there has been no Notice of proposed Settlement filed or a Motion to Approve Settlement and disbursement of proceeds. There has also been no application to retain special counsel for the personal injury suit.**

Dated:  September 17, 2021

/s/ Albert Russo
Albert Russo, Standing Chapter 13 Trustee
By:  Mary Krieger, Staff Attorney