| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BRUCE C. TRUESDALE, P.C.<br>147 Union Avenue – Suite 1E<br>Middlesex, New Jersey 08846<br>BY: Michael M. Khalil, Esq. (MK 4845)<br>Phone: 732-302-9600<br>Fax: 732-302-9066<br>Attorney for Debtor[s] | Case No.:　　　　18-16428<br><br>Chapter:　　　　13 |
| In Re:<br>JERRY LOBROW<br>BEATA LOBROW | Adv. No.:<br><br>Hearing Date:<br><br>Judge:　　　　CMG |

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On October 28, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Motion re: Approval of Personal Injury Settlement Nunc Pro Tunc

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   10/28/21                                         /s/ Sarah A. Vanderstreet
                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keri P. Ebeck, Esq.<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200, Gulf Tower<br>Pittsburg, PA 15219 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank/Care Credit<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>ATTN: Valerie Smith | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deville Asset Management, LTD<br>PO Box 1987<br>Colleyville, TX 76034 | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerry & Beta Lobrow<br>4 Paul Place<br>Old Bridge, NJ 08857 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*