

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VISCENAGE**

_____

**IN THE MATTER OF:**

JERRY LOBROW

BEATA LOBROW

**Debtors.**

_____

Order Filed on December 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13 No. : 18-16428

Our File No. 7288b

Judge: Christine M. Gravelle

Hearing Date: 12/1/2021 @ 9:00 am

**ORDER APPROVING PERSONAL INJURY
SETTLEMENT**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED.**

**DATED: December 2, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS CAUSE** coming on to be heard, and being heard, before The Honorable Christine M. Gravelle of the United States Bankruptcy Court for the **District of New Jersey**, pursuant to the motion filed by the Debtors to approve a personal injury under insured motorist insurance settlement in the sum of $100,000.00 from the at-fault party, and

**IT APPEARING** that this Honorable Court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the Court that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to this Honorable Court that the relief requested by the debtors in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to this Honorable Court that the motion of the debtors to approve the personal injury settlement in the sum of $75,000.00 from the at fault party's insurance policy, should be granted with disbursements to be made as follows:

|   |   | (Total settlement proceeds) | $100,000.00 |
|---|---|---|---|
| A. | To Mazie, Slater, Katz, & Freeman, Inc. (Fees) | | $ 33,177.31; |
| B. | Mazie, Slater, Katz, & Freeman, Inc. (Expn) | | $    468.07; |
| C. | Net Amount Due to Debtors Jerry and Beata Lobow | | $66,354.62 ; |
| D. | Debtor's Total Exemption Amount Available | | $72,040.00; |
| E. | To the Chapter 13 Standing Trustee the remaining balance of the un-exempt net proceeds. | | $     0.00; |
| F. | (Debtors' net proceeds) | | $66, 354.63 |

**IT IS THEREFORE SO ORDERED.**