**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VISCENAGE**

_____

**IN THE MATTER OF:**

**JERRY LOBROW**

**BEATA LOBROW**

**Debtors.**

_____

Order Filed on December 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13 No. : 18-16428**

**Our File No. 7288b**

**Judge: Christine M. Gravelle**

**Hearing Date: 12/1/2021 @ 9:00 am**

### ORDER APPROVING PERSONAL INJURY SETTLEMENT

    The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED.**

**DATED: December 2, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS CAUSE** coming on to be heard, and being heard, before The Honorable Christine M. Gravelle of the United States Bankruptcy Court for the **District of New Jersey**, pursuant to the motion filed by the Debtors to approve a personal injury under insured motorist insurance settlement in the sum of $100,000.00 from the at-fault party, and

**IT APPEARING** that this Honorable Court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the Court that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to this Honorable Court that the relief requested by the debtors in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to this Honorable Court that the motion of the debtors to approve the personal injury settlement in the sum of $75,000.00 from the at fault party's insurance policy, should be granted with disbursements to be made as follows:

|   |   | (Total settlement proceeds) | $100,000.00 |
|---|---|---|---|
| A. | To Mazie, Slater, Katz, & Freeman, Inc. (Fees) | | $ 33,177.31; |
| B. | Mazie, Slater, Katz, & Freeman, Inc. (Expn) | | $     468.07; |
| C. | Net Amount Due to Debtors Jerry and Beata Lobow | | $66,354.62 ; |
| D. | Debtor's Total Exemption Amount Available | | $72,040.00; |
| E. | To the Chapter 13 Standing Trustee the remaining balance of the un-exempt net proceeds. | | $      0.00; |
| F. | (Debtors' net proceeds) | | $66, 354.63 |

**IT IS THEREFORE SO ORDERED.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-16428-CMG

Jerzy Lobrow     Chapter 13

Beata Lobrow

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Dec 03, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerzy Lobrow, Beata Lobrow, 4 Paul Place, Old Bridge, NJ 08857-2514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Beata Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Debtor Jerzy Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Michael M Khalil
    on behalf of Joint Debtor Beata Lobrow mkhalilecf@gmail.com

Michael M Khalil
    on behalf of Debtor Jerzy Lobrow mkhalilecf@gmail.com

Phillip Andrew Raymond
    on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11