Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerzy Lobrow                                       Beata Lobrow
   aka Jerry Lobrow                           4 Paul Place
   4 Paul Place                                  Old Bridge, NJ 08857
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5204                                     xxx−xx−4497

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       1/19/22
Time:      12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,872.50

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 20, 2021
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16428-CMG |
| Jerzy Lobrow | Chapter 13 |
| Beata Lobrow | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 20, 2021 | Form ID: 137 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerzy Lobrow, Beata Lobrow, 4 Paul Place, Old Bridge, NJ 08857-2514 |
| sp | + | Adam M. Epstein, Mazie Slater Katz & Freeman, LLC, 103 Eisenhower Parkway, 2nd Floor, Roseland, NJ 07068-1031 |
| cr | + | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429188 | + | Abelson & Truesdale, LLC, Bruce C. Truesdale, Esq, 147 Union Avenue, Middlesex, NJ 08846-1063 |
| 517429192 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517528730 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429193 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517429194 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517429195 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 517429198 | + | Borrowers First Inc, 1114 Lost Creek Blvd, Suite 220, Austin, TX 78746-6374 |
| 517528096 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429200 | + | Carole Ann Gorham, 13 Guest Drive, Morganville, NJ 07751-1432 |
| 517429204 | | Deville Asset Management, POB 788, Kirkland, WA 98083-0788 |
| 517429205 | #+ | Diane Kostenko, 137 Hillside Ave, South River, NJ 08882-2056 |
| 517429206 | + | Digestive Health and Nutrition Center, L, 465 Cranbury Road, Suite 102, East Brunswick, NJ 08816-7600 |
| 517429210 | + | Freehold Ophthalmolody, LLC, 509 Stillwells Corner Road, Freehold, NJ 07728-2965 |
| 517429213 | + | Laura Dambola, 76 Greenwood Road, Old Bridge, NJ 08857-2425 |
| 517429216 | | M&T Bank, PO Box 61903, Dallas, TX 75261 |
| 517429217 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 517429223 | + | RWJ EndoSurgical Center, P.O. Box 95000-5555, Philadelphia, PA 19195-0001 |
| 517429221 | + | Robert Wood Johnson Health Net, PO box 251, South Amboy, NJ 08879-0251 |
| 517429222 | | Robert Wood Johnson Medical School, PO Box 829650, Philadelphia, PA 19182-9650 |
| 517429224 | + | Solar City, PO Box 3500, Draper, UT 84020-3500 |
| 517429228 | + | Unifund CCR LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517429230 | + | Waclawa Gierlachowski, 21 Radcliffe Street, South River, NJ 08882-1239 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517429189 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2021 20:37:00 | Acura Financial Services, PO Box 165378, Irving, TX 75016-5378 |

Case 18-16428-CMG    Doc 71    Filed 12/22/21    Entered 12/23/21 00:14:02    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 137 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 517448467 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2021 20:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517749488 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2021 20:37:00 | Acura Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429191 | + | Email/Text: banko@acsnv.com | Dec 20 2021 20:37:00 | Allied Collection Svvs, 3080 S Durango Dr, Suite 208, Las Vegas, NV 89117-9194 |
| 517429196 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 20 2021 20:37:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 517429197 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:46:07 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517429199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 20:46:02 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517429202 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Comenity Bank/AN TLR, PO box 182789, Columbus, OH 43218-2789 |
| 517429203 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517582002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2021 20:37:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517429207 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 20:37:00 | Discover Financial SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517532810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:45:54 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517429209 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 20:45:41 | DSNB/Macys, PO Box 8218, Monroe, OH 45050 |
| 517984742 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2021 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517441219 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517429208 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2021 20:37:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 517429201 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2021 20:46:01 | Chase Bank, PO Box 659754, San Antonio, TX 78265 |
| 517429212 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2021 20:37:00 | Kohls Department Store, PO box 3115, Milwaukee, WI 53201-3115 |
| 517429215 | + | Email/Text: bncnotices@stengerlaw.com | Dec 20 2021 20:37:00 | LVNV Funding LLC, c/o Stenger & Stenger, PC, 2618 East Paris Ave Se, Grand Rapids, MI 49546-2454 |
| 517580361 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:46:06 | LVNV Funding, LLC its successors and assigns as, assignee of Marketplace Loan Grantor, Trust, Series 2015-CB1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517429214 | + | Email/Text: Documentfiling@lciinc.com | Dec 20 2021 20:37:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 517573723 | + | Email/Text: bk@lendingclub.com | Dec 20 2021 20:37:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 517583805 | | Email/Text: camanagement@mtb.com | Dec 20 2021 20:37:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517475863 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2021 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517545381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 20:46:03 | Portfolio Recovery Associates, LLC, c/o Best Buy |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Credit Card, POB 41067, Norfolk VA 23541 |
| 517543137 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2021 20:46:03 | | Portfolio Recovery Associates, LLC, c/o Mastercard Black, POB 41067, Norfolk VA 23541 |
| 517543138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2021 20:45:50 | | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517429218 | + | Email/PDF: gecsedi@recoverycorp.com Dec 20 2021 21:00:21 | | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517565313 | | Email/Text: bnc-quantum@quantum3group.com Dec 20 2021 20:37:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517569270 | | Email/Text: bnc-quantum@quantum3group.com Dec 20 2021 20:37:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517564751 | | Email/Text: bnc-quantum@quantum3group.com Dec 20 2021 20:37:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517429220 | + | Email/Text: bk@rgsfinancial.com Dec 20 2021 20:37:00 | | RGS Financial, 1700 Jay Ell Dr, Suite 200, Richardson, TX 75081-6788 |
| 517429219 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM Dec 20 2021 20:45:41 | | Regional Acceptance Corp, PO Box 830913, Birmingham, AL 35283-0913 |
| 517447192 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM Dec 20 2021 20:45:41 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518140930 | + | Email/Text: bncmail@w-legal.com Dec 20 2021 20:37:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140931 | + | Email/Text: bncmail@w-legal.com Dec 20 2021 20:37:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517429225 | + | Email/PDF: gecsedi@recoverycorp.com Dec 20 2021 20:46:06 | | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 517429226 | | Email/PDF: gecsedi@recoverycorp.com Dec 20 2021 21:00:23 | | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517429227 | + | Email/PDF: gecsedi@recoverycorp.com Dec 20 2021 21:00:21 | | Syncb/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 517429972 | + | Email/PDF: gecsedi@recoverycorp.com Dec 20 2021 20:46:06 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517526735 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 20 2021 20:37:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517429229 | + | Email/Text: usanj.njbankr@usdoj.gov Dec 20 2021 20:37:00 | | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 517553484 | + | Email/PDF: ebn_ais@aisinfo.com Dec 20 2021 20:45:50 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517429190 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, PO Box 165378, Irving, TX 75016 |

| | | | |
|---|---|---|---|
| 517438073 | * | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517429211 | *+ | | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | ##+ | | Deville Asset Management, LTD, PO Box 1987, Colleyville, TX 76034-1987 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Bruce C. Truesdale
on behalf of Joint Debtor Beata Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com

Bruce C. Truesdale
on behalf of Debtor Jerzy Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Keri P. Ebeck
on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com

Michael M Khalil
on behalf of Debtor Jerzy Lobrow mkhalilecf@gmail.com

Michael M Khalil
on behalf of Joint Debtor Beata Lobrow mkhalilecf@gmail.com

Phillip Andrew Raymond
on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11