| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| BRUCE C. TRUESDALE, P.C. |
| 147 Union Avenue - Suite 1E |
| Middlesex, NJ  08846 |
| By: Bruce C. Truesdale, P.C. (BT 0928) |
| Phone:  732-302-9600 |
| Fax: 732-302-9066 |
| Attorney for the Debtor[s] |

Order Filed on January 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JERZY LOBROW
BEATA LOBROW

Case No.: 18-16428

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq_____, the applicant, is allowed a fee of $_____1872.50_____ for services rendered and expenses in the amount of $_____50_____ for a total of $_____1922.50_____. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2395_____ per month for _____14_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*