| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-16428 / CMG**

Jerzy Lobrow  
Beata Lobrow  

Petition Filed Date: 03/31/2018  
341 Hearing Date: 05/03/2018  
Confirmation Date: 10/03/2018  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $2,241.00 | 73492000 | 02/02/2021 | $2,241.00 | 74205150 | 03/01/2021 | $2,241.00 | 74886320 |
| 04/01/2021 | $2,241.00 | 75641450 | 05/03/2021 | $2,241.00 | 76363250 | 06/01/2021 | $2,241.00 | 77070810 |
| 07/06/2021 | $2,241.00 | 77772900 | 08/02/2021 | $2,241.00 | 78462840 | 09/02/2021 | $2,241.00 | 79171980 |
| 10/01/2021 | $2,241.00 | 79795490 | 11/01/2021 | $2,241.00 | 80516940 | 12/02/2021 | $2,241.00 | 81144940 |
| 01/03/2022 | $2,241.00 | 81793960 | 01/31/2022 | $2,241.00 | 82442300 | | | |

**Total Receipts for the Period: $31,374.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $102,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerzy Lobrow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 | Priority Creditors | $28,007.70 | $28,007.70 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,811.04 | $256.12 | $1,554.92 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,566.38 | $362.95 | $2,203.43 |
| 4 | DISCOVER BANK | Unsecured Creditors | $900.02 | $127.28 | $772.74 |
| 5 | REGIONAL ACCEPTANCE<br>»»  2012 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA MDX/DEF BAL | Unsecured Creditors | $7,401.53 | $1,046.76 | $6,354.77 |
| 7 | DEVILLE ASSET MANAGEMENT | Unsecured Creditors | $14,572.79 | $2,060.94 | $12,511.85 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,844.61 | $260.87 | $1,583.74 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,435.44 | $627.26 | $3,808.18 |
| 10 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $2,209.05 | $312.40 | $1,896.65 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,076.29 | $293.64 | $1,782.65 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $146.12 | $15.82 | $130.30 |
| 13 | Diane Kostenko | Unsecured Creditors | $125,500.00 | $17,748.69 | $107,751.31 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $939.40 | $132.85 | $806.55 |

Chapter 13 Case No. 18-16428 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,505.91 | $354.39 | $2,151.52 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $6,444.96 | $911.47 | $5,533.49 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,936.11 | $839.50 | $5,096.61 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $618.62 | $82.35 | $536.27 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $980.40 | $138.65 | $841.75 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,181.92 | $308.57 | $1,873.35 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $5,391.93 | $762.55 | $4,629.38 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $486.08 | $56.64 | $429.44 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $857.36 | $121.25 | $736.11 |
| 24 | QUANTUM3 GROUP LLC<br>»» ANN TAYLOR | Unsecured Creditors | $223.88 | $31.67 | $192.21 |
| 25 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $970.82 | $137.30 | $833.52 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors | $25,465.42 | $3,601.41 | $21,864.01 |
| 27 | LVNV FUNDING LLC | Unsecured Creditors | $29,381.99 | $4,155.31 | $25,226.68 |
| 28 | Bill Me Later as Servicer for Synchrony Bank<br>»» COMENITY | Unsecured Creditors | $1,468.50 | $207.68 | $1,260.82 |
| 29 | M&T BANK<br>»» P/4 PAUL PL/1ST MTG | Mortgage Arrears | $20,862.15 | $20,862.15 | $0.00 |
| 30 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE/ORDER 11/13/18 | Debt Secured by Vehicle | $631.00 | $631.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 11/20/18 | Attorney Fees | $3,813.50 | $3,813.50 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 6/17/21 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ORDER 1/20/22 | Attorney Fees | $1,922.50 | $0.00 | $1,922.50 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $102,940.00 | Plan Balance: | $37,542.00 ** |
| Paid to Claims: | $91,468.67 | Current Monthly Payment: | $2,395.00 |
| Paid to Trustee: | $7,343.72 | Arrearages: | $154.00 |
| Funds on Hand: | $4,127.61 | Total Plan Base: | $140,482.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.