| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 18-16428 / CMG

Jerzy Lobrow
Beata Lobrow

Petition Filed Date: 03/31/2018
341 Hearing Date: 05/03/2018
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $2,241.00 | 81793960 | 01/31/2022 | $2,241.00 | 82442300 | 03/02/2022 | $2,395.00 | 83088310 |
| 04/04/2022 | $2,395.00 | 83770680 | 05/03/2022 | $2,395.00 | 84427990 | 06/02/2022 | $2,395.00 | 85023650 |
| 07/05/2022 | $2,395.00 | 85630270 | 08/02/2022 | $2,395.00 | 86222360 | 08/31/2022 | $2,395.00 | 86772160 |
| 10/04/2022 | $2,395.00 | 87431660 | 10/31/2022 | $2,395.00 | 87971060 | 12/05/2022 | $2,395.00 | 88658210 |
| 01/04/2023 | $2,395.00 | 89095050 | 02/02/2023 | $2,395.00 | 89765240 | 03/01/2023 | $2,395.00 | 90242740 |

**Total Receipts for the Period: $35,617.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $134,075.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerzy Lobrow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»»  ATTY DISCL | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 | Priority Creditors | $28,007.70 | $28,007.70 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,811.04 | $449.66 | $1,361.38 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,566.38 | $637.20 | $1,929.18 |
| 4 | DISCOVER BANK | Unsecured Creditors | $900.02 | $223.46 | $676.56 |
| 5 | REGIONAL ACCEPTANCE<br>»»  2012 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | ACURA FINANCIAL SERVICES<br>»»  2016 ACURA MDX/DEF BAL | Unsecured Creditors | $7,401.53 | $1,837.73 | $5,563.80 |
| 7 | DEVILLE ASSET MANAGEMENT | Unsecured Creditors | $14,572.79 | $3,618.29 | $10,954.50 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $1,844.61 | $458.00 | $1,386.61 |
| 9 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,435.44 | $1,101.28 | $3,334.16 |
| 10 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $2,209.05 | $548.49 | $1,660.56 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,076.29 | $515.52 | $1,560.77 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $146.12 | $31.03 | $115.09 |
| 13 | DIANE KOSTENKO | Unsecured Creditors | $125,500.00 | $31,160.50 | $94,339.50 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $939.40 | $233.25 | $706.15 |

**Chapter 13 Case No. 18-16428 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,505.91 | $622.19 | $1,883.72 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $6,444.96 | $1,600.22 | $4,844.74 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,936.11 | $1,473.88 | $4,462.23 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $618.62 | $148.04 | $470.58 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $980.40 | $243.42 | $736.98 |
| 20 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,181.92 | $541.76 | $1,640.16 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $5,391.93 | $1,338.76 | $4,053.17 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $486.08 | $116.32 | $369.76 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $857.36 | $212.87 | $644.49 |
| 24 | QUANTUM3 GROUP LLC<br>»» COMENITY/ANN TAYLOR | Unsecured Creditors | $223.88 | $47.54 | $176.34 |
| 25 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $970.82 | $241.05 | $729.77 |
| 26 | LENDINGCLUB CORPORATION | Unsecured Creditors | $25,465.42 | $6,322.83 | $19,142.59 |
| 27 | LVNV FUNDING LLC | Unsecured Creditors | $29,381.99 | $7,295.28 | $22,086.71 |
| 28 | Bill Me Later as Servicer for Synchrony Bank<br>»» COMENITY | Unsecured Creditors | $1,468.50 | $364.62 | $1,103.88 |
| 29 | M&T BANK<br>»» P/4 PAUL PL/1ST MTG | Mortgage Arrears | $20,862.15 | $20,862.15 | $0.00 |
| 30 | REGIONAL ACCEPTANCE<br>»» 2012 NISSAN JUKE/ATTY FEES ORDER 11/13/18 | Debt Secured by Vehicle | $631.00 | $631.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ORDER 11/20/18 | Attorney Fees | $3,813.50 | $3,813.50 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ORDER 6/17/21 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ORDER 1/20/22 | Attorney Fees | $1,922.50 | $1,922.50 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $134,075.00 | Plan Balance: | $2,395.00 ** |
| Paid to Claims: | $119,820.04 | Current Monthly Payment: | $2,395.00 |
| Paid to Trustee: | $9,786.62 | Arrearages: | $154.00 |
| Funds on Hand: | $4,468.34 | Total Plan Base: | $136,470.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.