**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jerzy Lobrow<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5204<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Beata Lobrow<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4497<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–16428–CMG

## Order of Discharge      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerzy Lobrow                                    Beata Lobrow
aka Jerry Lobrow

<u>8/23/23</u>                                  **By the court:** <u>Christine M. Gravelle</u>
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16428-CMG |
| Jerzy Lobrow | Chapter 13 |
| Beata Lobrow | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerzy Lobrow, Beata Lobrow, 4 Paul Place, Old Bridge, NJ 08857-2514 |
| sp | + | Adam M. Epstein, Mazie Slater Katz & Freeman, LLC, 103 Eisenhower Parkway, 2nd Floor, Roseland, NJ 07068-1031 |
| 517429188 | + | Abelson & Truesdale, LLC, Bruce C. Truesdale, Esq, 147 Union Avenue, Middlesex, NJ 08846-1063 |
| 517429193 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517429198 | + | Borrowers First Inc, 1114 Lost Creek Blvd, Suite 220, Austin, TX 78746-6374 |
| 517429200 | + | Carole Ann Gorham, 13 Guest Drive, Morganville, NJ 07751-1432 |
| 517429205 | + | Diane Kostenko, 137 Hillside Ave, South River, NJ 08882-2056 |
| 517429206 | + | Digestive Health and Nutrition Center, L, 465 Cranbury Road, Suite 102, East Brunswick, NJ 08816-7600 |
| 517429210 | + | Freehold Ophthalmolody, LLC, 509 Stillwells Corner Road, Freehold, NJ 07728-2965 |
| 517429216 | | M&T Bank, PO Box 61903, Dallas, TX 75261 |
| 517429217 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 517429223 | + | RWJ EndoSurgical Center, P.O. Box 95000-5555, Philadelphia, PA 19195-0001 |
| 517429221 | + | Robert Wood Johnson Health Net, PO box 251, South Amboy, NJ 08879-0251 |
| 517429222 | | Robert Wood Johnson Medical School, PO Box 829650, Philadelphia, PA 19182-9650 |
| 517429224 | + | Solar City, PO Box 3500, Draper, UT 84020-3500 |
| 517429230 | + | Waclawa Gierlachowski, 21 Radcliffe Street, South River, NJ 08882-1239 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2023 20:31:00 | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429189 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2023 20:31:00 | Acura Financial Services, PO Box 165378, Irving, TX 75016-5378 |
| 517448467 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2023 20:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517749488 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2023 20:31:00 | Acura Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 517429191 | + | Email/Text: banko@acsnv.com | | |

Case 18-16428-CMG    Doc 83    Filed 08/25/23    Entered 08/26/23 00:18:07    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 23 2023 20:31:00 | Allied Collection Svvs, 3080 S Durango Dr, Suite 208, Las Vegas, NV 89117-9194 |
| 517429192 | + | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:45:14 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517528730 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:45:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429194 | ^ | MEBN | Aug 23 2023 20:29:36 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 517429195 | + | EDI: BANKAMER.COM | Aug 24 2023 00:24:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517429196 | + | EDI: TSYS2 | Aug 24 2023 00:24:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 517429197 | + | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517429199 | + | EDI: CAPITALONE.COM | Aug 24 2023 00:24:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517528096 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:45:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517429202 | | EDI: WFNNB.COM | Aug 24 2023 00:24:00 | Comenity Bank/AN TLR, PO box 182789, Columbus, OH 43218-2789 |
| 517429203 | | EDI: WFNNB.COM | Aug 24 2023 00:24:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517582002 | + | EDI: WFNNB.COM | Aug 24 2023 00:24:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517429207 | | EDI: DISCOVER.COM | Aug 24 2023 00:24:00 | Discover Financial SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517532810 | + | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517429209 | | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | DSNB/Macys, PO Box 8218, Monroe, OH 45050 |
| 517984742 | | EDI: Q3G.COM | Aug 24 2023 00:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517429204 | | EDI: Q3G.COM | Aug 24 2023 00:24:00 | Deville Asset Management, POB 788, Kirkland, WA 98083-0788 |
| 517441219 | | EDI: DISCOVER.COM | Aug 24 2023 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517429208 | | EDI: IRS.COM | Aug 24 2023 00:24:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 517429201 | | EDI: JPMORGANCHASE | Aug 24 2023 00:24:00 | Chase Bank, PO Box 659754, San Antonio, TX 78265 |
| 517429212 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2023 20:30:00 | Kohls Department Store, PO box 3115, Milwaukee, WI 53201-3115 |
| 517429215 | ^ | MEBN | Aug 23 2023 20:29:42 | LVNV Funding LLC, c/o Stenger & Stenger, PC, 2618 East Paris Ave Se, Grand Rapids, MI 49546-2454 |
| 517580361 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:45:39 | LVNV Funding, LLC its successors and assigns as, assignee of Marketplace Loan Grantor, Trust, Series 2015-CB1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517429214 | + | EDI: LENDNGCLUB | Aug 24 2023 00:24:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |

| Case 18-16428-CMG | Doc 83 | Filed 08/25/23 | Entered 08/26/23 00:18:07 | Desc Imaged |
| Certificate of Notice | | Page 5 of 7 | | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 69 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517573723 | + | EDI: LENDNGCLUB | Aug 24 2023 00:24:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 517583805 | | Email/Text: camanagement@mtb.com | Aug 23 2023 20:31:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517475863 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2023 20:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517545381 | | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517543137 | | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Mastercard Black, POB 41067, Norfolk VA 23541 |
| 517543138 | | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517429218 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517565313 | | EDI: Q3G.COM | Aug 24 2023 00:24:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517569270 | | EDI: Q3G.COM | Aug 24 2023 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517564751 | | EDI: Q3G.COM | Aug 24 2023 00:24:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517429220 | + | Email/Text: bk@rgsfinancial.com | Aug 23 2023 20:30:00 | RGS Financial, 1700 Jay Ell Dr, Suite 200, Richardson, TX 75081-6788 |
| 517429219 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 23 2023 20:44:29 | Regional Acceptance Corp, PO Box 830913, Birmingham, AL 35283-0913 |
| 517447192 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 23 2023 20:44:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518140930 | + | Email/Text: bncmail@w-legal.com | Aug 23 2023 20:31:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140931 | + | Email/Text: bncmail@w-legal.com | Aug 23 2023 20:31:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517429225 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 517429226 | | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517429227 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Syncb/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 517429972 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517429228 | | Email/Text: bankruptcy@unifund.com | Aug 23 2023 20:31:00 | Unifund CCR LLC, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 517526735 | | EDI: USBANKARS.COM | Aug 24 2023 00:24:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517429229 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 517553484 | + | EDI: AIS.COM | | |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 69 |

|  | Aug 24 2023 00:24:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517429190 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, PO Box 165378, Irving, TX 75016 |
| 517438073 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517429211 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | ##+ | Deville Asset Management, LTD, PO Box 1987, Colleyville, TX 76034-1987 |
| 517429213 | ##+ | Laura Dambola, 76 Greenwood Road, Old Bridge, NJ 08857-2425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Beata Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Debtor Jerzy Lobrow brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael M Khalil | on behalf of Debtor Jerzy Lobrow mkhalilecf@gmail.com |
| Michael M Khalil | on behalf of Joint Debtor Beata Lobrow mkhalilecf@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

District/off: 0312-3                                 User: admin                                              Page 5 of 5
Date Rcvd: Aug 23, 2023                              Form ID: 3180W                                      Total Noticed: 69

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10