Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16428–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerzy Lobrow
aka Jerry Lobrow
4 Paul Place
Old Bridge, NJ 08857

Beata Lobrow
4 Paul Place
Old Bridge, NJ 08857

Social Security No.:
xxx–xx–5204                                                                 xxx–xx–4497

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 22, 2023</u>          <u>Christine M. Gravelle</u>
                                                                Judge, United States Bankruptcy Court